AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   3:23-mj-144 |
| Corey Lee Ritz | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 5, 2023 _____ in the county of _____ Des Moines _____ in the

_____ Southern _____ District of _____ Iowa _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other
   reliable electronic means (Facetime).

*Complainant's signature*

David Murguia, Des Moines County Sheriff's Dept.
*Printed name and title*

Date: _____ 10/20/23 _____

City and state: _____ Davenport, Iowa _____

*Judge's signature*

Stephen B. Jackson, Jr., U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
10:22 am, Oct 20 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA )
) SS
SOUTHERN DISTRICT OF IOWA )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sergeant Dave Murguia, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Sergeant with the Des Moines County Sheriff's Office in Burlington, Iowa, where I have been employed since 2012. I have been in law enforcement since 2005, previously as a police officer with the Mount Pleasant, Iowa Police Department. Before being promoted to sergeant in January 2023, I served as a detective for four years. In that role, I conducted investigations involving a variety of state and federal criminal violations, including those involving the sexual exploitation of minors and child pornography. I am also sworn in as a Special Deputy on the US Marshals Violent Fugitive Task Force. I have attended various trainings, including trainings on the topics of homicide investigations, crime scene processing, interview and interrogations, and investigation of online predators.

2.     The facts in this affidavit come from my personal observations, my training and experience, and the results of the present investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all my knowledge about this matter.

3.     Based upon the facts set forth in this affidavit, there is probable cause to believe Corey Ritz committed offenses under Title 18, United States Code, Section 2422(b) (coercion and enticement). I have set forth only the facts that I believe are necessary to establish probable cause based upon events summarized below.

## PROBABLE CAUSE

4.     In May of 2023, I was working in an undercover capacity (UC), posing as a 15-year-old female.

5.     Previously, in August of 2022, I had created a profile on Facebook under a fictitious name.  Facebook is a social media website that features a Messenger service that allows users to instant message other users, including through encrypted messaging, and allows users to share photos and video messages.

6.     The Facebook account under a fictitious name uses a photo of me that is filtered to look like a teenage juvenile female.  I sent friend requests to both male and female adults in the area to establish a following.  This included registered sex offenders.  After establishing a following, I began to receive multiple friend requests nearly every day from males and females, particularly adult males. Through those contacts, conversations began using Facebook Messenger. Once a conversation begins, I allow the person with whom I am conversing to bring up my age, sexual topics, and meeting in person.  When asked, I typically say I am between 12 and 15 years old and then ask how old they are and whether they want to continue communicating. During the conversations, if the person asks to meet in person to engage in sexual acts, we will arrange a date, time, and place to meet. At the

2

meeting time and location, other law enforcement officers conduct surveillance. When the person arrives at the pre-arranged location, other officers detain them, seize their electronic devices, and attempt to interview them.

7.     In May of 2023, Corey Ritz and UC[1] became friends on Facebook and began to communicate.

8.     On July 1, 2023, Ritz learned how old UC was and began to ask if UC would do sex acts with him when they meet up:

> Ritz:  How old are u
>
> UC:  15.  Not out to get anyone in trouble so if you don't want to talk no biggie.  Just like to have fun before I leave this town for good!
>
> Ritz:  I didn't say that.  I just don't want any trouble
>
> Ritz:  What kind of fun u want to have
>
> UC:  Whatever fun you want to
>
> Ritz:  Have u ever had fun in bed before
>
> UC:  Yes!  A few times lol
>
> Ritz:  What age groups
>
> UC:  Oldest was 52.…  Then a guy my age 15.
>
> UC:  How old are you
>
> Ritz:  Im 47
>
> Ritz:  What kind of sex u like
>
> UC:  Exciting

---

[1] Hereinafter, UC refers to me acting in an undercover capacity.

Ritz:  Have u ever had ur pussy licked and eating

Ritz:  I like to lick and eat pussy, doggy style and Michener

Ritz:  When u want to play

UC:  Ill be around Monday

Ritz:  What time ur foster parents

UC:  They leave for work at 6 and get home around 3 then work 3-11 on Wednesday.

Ritz:  Can Wednesday night since they work from 3pm to 11pm

Ritz:  At ur place

UC:  Lol no!  There is other foster kids here

Ritz:  Me either maybe my car

Ritz:  Are u going to be able Wednesday night

UC:  I could sneak out anytime after they leave

Ritz:  What u going to wear Wednesday if we do

Ritz:  What all u do in sex

Ritz:  I don't want to get u in trouble or me

Ritz:  If u wont say anything or I wont say anything we should be good.

9.     Despite the UC's age, Ritz continued to talk to her on July 2, 2023:

Ritz:  Are u ready for Wednesday night

Ritz:  What is the most orgasam u ever had

Ritz:  Have u decided what u wearing Wednesday night

UC:  Yes a skirt!

4

Ritz:  Im going to pound u hard

Ritz:  I so wish it was Wednesday night

10.    On July 3, 2023, Ritz again asked UC about meeting up on July 5, 2023:

Ritz:  Good morning.  Where I'm I picking u up at Wednesday night

UC:  I'll have to sneak out and walk sowmhere to get picked up.

Ritz:  I'm going to make u moan, scream and wet

Ritz:  2 more days

Ritz:  I think I'm just going to wear shirt and shorts.  No boxers

Ritz:  Are we doing the right thing by doing this

Ritz:  I'm going to make u sqarit a lot

Ritz:  Do u swollen or spit after u give a blowjob

Ritz:  I want u right now

Ritz:  What time u thinking Wednesday night.  I get off work at 430pm and I want to shower.

Ritz:  I'm trying to figure out how we can do this where we can maybe be full nacked.

Ritz:  My roommate has a cabin.  We can do it outside in the dark at the cabin.

11.    On July 4, 2023, Ritz continues to speak with UC and ask if they still want to

meet up on July 5, 2023:

Ritz:  Are u ready for tomorrow night to happen

Ritz:  I'm so ready for tomorrow night

UC:  I am very ready for tomorrow night!!

5

UC:  What time yiu thinking?!

Ritz:  6pm or 7pm

Ritz:  How u want to do it.  Fully naked or bottom half off.

Ritz:  I cant wait to make u squirt

Ritz:  Where u want to meet at

Ritz:  Hope ur not scared

Ritz:  I got condoms

Ritz:  Have u decide where u want me to pick u up at in West Burlington

Ritz:  630 or 7.  Are u excited enough without a condom lol

Ritz:  Hwo many hours u think about doing it for tomorrow night

12.   On July 4, 2023, Ritz begins to ask UC if they know any other girls that want to meet as well:

Ritz:  Or less u know other girls wants to with us

UC:  Lol other girl?!  Like a friend that is like me?!

Ritz:  Yea if u want or just us

UC:  Maybe just us but I know I have one friend who is kinda into what i do...

13.   On July 5, 2023, Ritz and UC begin to discuss meeting that day along with another UC:

Ritz:  Today is the day

UC:  Yay!!!

UC:  Also were you serious about me and a friend?!

Ritz: Yea if u are down.  Why

UC: Your friend?!

UC: Or if I have one?!

Ritz: If u have a other girl I'm down if u are

UC: Well I may have a friendthat would do it.  She is a little younger than me?

Ritz: Oh how younger and would she tell anyone about it

UC: She is 14 so not that much younger.  And no she would not tell anyone! Lol

UC: My friend is jealous lol

Ritz: Why she jealous

UC: Because of us

UC: She wants to add u

Ritz: Oh ok.  If u want her to join that is fine

UC: Really?

Ritz: Yea really.  If u want her to join us tonight it's fine.

UC: Only if you do!

Ritz: I don't care if she does

UC: Sounds like she is down and will be back around her phone in a little bit!

Ritz: Ok., Is she going then

UC: Guess it will be up to her if you talk with her but I know im going FOR SURE

Ritz: Ok Tell her to send me a friend request on Facebook

14.   On July 5, 2023, Ritz accepts a friend request from another Detective's fictitious Facebook account posing as a 14-year-old female:

Ritz: Hello how are u

UC #2: Hey!!!

Ritz: ur [UC's] friend

UC #2: What all did she tell u

UC #2: She told me you were looking to have some fun

Ritz: Yea

UC #2: yea, shes a year older than me and has taught me some things this year

Ritz: U wont tell nobody right

UC #2: Heelllll noooo!!!!!

Ritz: Going somewhere to have sex me a and her was

UC #2: im down 4 that!!!!!

Ritz: U sure

15.   On July 5, 2023, Ritz suggested to UC they meet near an auditorium near the Mississippi River, which is part of the Port of Burlington, in the City of Burlington, Iowa. The City of Burlington is in the Southern District of Iowa. The UC and the UC's friend agreed.

16.     On July 5, 2023, my fellow investigator observed Ritz leave his residence in Burlington and travel by vehicle to a parking lot that is part of the Port of Burlington. When Ritz arrived in the area of the Port of Burlington, other investigators observed Ritz arriving.

17.     Investigators detained Ritz.

18.     Following Ritz's detention, your affiant conducted a post-*Miranda* interview with Ritz. I was not functioning in an undercover capacity during the interview. I identified myself as a Sergeant with the Des Moines County Sheriff's Department.

19.     During the interview, Ritz admitted he arrived at Port of Burlington to meet a 14-year-old and a 15-year-old girl. When I asked if the meeting was for sex, he indicated "yes." When I asked if he would have had sex with the girls, he indicated "maybe, maybe not." Ritz was in possession of two condoms in pants pocket.

## CONCLUSION

20.    Based on the foregoing information, I submit there is probable cause to believe Corey Lee Ritz committed a violation of Title 18, United States Code, Section 2422(b), coercion and enticement, in the Southern District of Iowa.

Respectfully Submitted,

David Murguia, Sergeant
Des Moines County Sheriff's Office

Subscribed and sworn to before me by telephone or other reliable electronic means on this  20    day of October, 2023.

Stephen B. Jackson, Jr.
United States Magistrate Judge
Southern District of Iowa

10